# No. 2020-1515

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIRST CIRCUIT

COVIDIEN LP; COVIDEN §
HOLDING INC. §
§
    Appellants, §
§
v. §
§
BRADY ESCH, §
§
    Appellee. §

# APPELLEE'S UNOPPOSED MOTION FOR LEAVE TO FILE SUPPLEMENTAL APPENDIX;
# DECLARATION OF TERRY ANASTASSIOU

Appellee Brady Esch ("Mr. Esch"), through undersigned counsel, hereby moves pursuant to Federal Rules of Appellate Procedure rules 27 and 30, and Local Rule 30.0, for leave to file a supplemental appendix in this appeal. Appellants do not oppose the motion.

## RELIEF REQUESTED

Mr. Esch requests an order granting him leave to file a Supplemental Appendix.

**Appellee's Motion for Leave to File Supplemental Appendix**

1

Good cause exists to grant this relief. The Supplemental Appendix will consist of District Court orders and admitted trial exhibits all of which are properly before this Court on appeal. These will aid the Court in resolving this appeal. No party will be prejudiced by this relief, and the motion is unopposed. (Anastassiou Decl. 2.)

## CONCLUSION

For the foregoing reasons, Appellee Brady Esch requests leave to file a Supplemental Appendix with its answer brief.

Respectfully submitted:


September 25, 2020　　　　　　　　　　ROPERS MAJESKI, PC


　　　　　　　　　　　　　　　　　　/s/ Lita M. Verrier
　　　　　　　　　　　　　　　　　　Lita M. Verrier, Bar 6662147
　　　　　　　　　　　　　　　　　　Ropers Majeski, PC
　　　　　　　　　　　　　　　　　　Ten Post Office Square, Suite 800S
　　　　　　　　　　　　　　　　　　Boston, MA 02109
　　　　　　　　　　　　　　　　　　Telephone: (617) 850-1803
　　　　　　　　　　　　　　　　　　Email: lita.verrier@rmkb.com
　　　　　　　　　　　　　　　　　　Counsel for Defendant / Appellee
　　　　　　　　　　　　　　　　　　BRADY ESCH

# DECLARATION OF TERRY ANASTASSIOU

I, TERRY ANASTASSIOU, declare as follows:

1. I am an attorney licensed to practice law before the state and federal courts of the State of California and a member of the law firm of Ropers Majeski, PC, counsel for Appellee Brady Esch, on whose behalf I make this declaration. If called as a witness, I would competently testify to the matters set forth herein of my own knowledge.

2. On September 25, 2020, Appellants' counsel informed us that Appellant would not oppose this application.

I declare under penalty of perjury that the foregoing is true and correct. Executed this day in San Francisco, California.


Dated: September 25, 2020


                                                      /s/ Terry Anastassiou
                                                    Terry Anastassiou

# CERTIFICATE OF COMPLIANCE

Pursuant to Fed. R. App. P. 32(g), I hereby certify that this document complies with the type-volume limitations set forth in Fed. R. App. P. 27(d)(2)(A) because, excluding the parts of the document exempted by Fed. R. App. P. 32(f), this document contains 442 words.

I further certify that this document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Word 2010 in a 14 point Times New Roman font.

Dated:        September 25, 2020

                                                /s/ Lita M. Verrier
                                                Lita M. Verrier

**Appellee's Motion for Leave to File Supplemental Appendix**
4

# CERTIFICATE OF FILING AND SERVICE

I, hereby certify that I filed the foregoing Motion with the Clerk of the United States Court of Appeals for the First Circuit via the CM/ECF system on this 28th day of September, 2020 and the below listed parties were served electronically:

MATTHEW C. TYMANN
WILMER CUTLER PICKERING HALE AND DORR LLP
350 South Grand Avenue
Suite 2100
Los Angeles, CA 90071
(213) 443-5300
Matthew.Tymann@wilmerhale.com

MARK C. FLEMING
TASHA J. BAHAL
ADAM M. CAMBIER
WILMER CUTLER PICKERING HALE AND DORR LLP
60 State Street
Boston, MA 02109
(617) 526-6000
Mark.Fleming@wilmerhale.com
Tasha.Bahal@wilmerhale.com
Adam.Cambier@wilmerhale.com

/s/ Robyn Cocho
Robyn Cocho